# EXHIBIT B

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| FIRST UNITED METHODIST CHURCH OF MIDLAND, § § § | |
| Plaintiff, § § | CIVIL ACTION NO. 7:19-cv-00056 |
| vs. § § | |
| LEXINGTON INSURANCE COMPANY, § § | |
| Defendant. § | |

## INDEX OF THE DOCUMENTS FILED IN STATE COURT ACTION

1. Plaintiff's Original Petition
   Filed:     November 12, 2018

2. Civil Case Information Sheet
   Filed:     November 12, 2018

3. Issuance of Citation on Lexington Insurance Company
   Filed:     November 21, 2018

4. Re-issuance of Citation on Lexington Insurance Company
   Filed:     January 30, 2019

4845-2392-7177v1